```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|  |  |
|---|---|
| KENNETH POWELL | : |
| v. | : CIV. NO. 3:00CV1638 (HBF) |
| JOHN ARMSTRONG, ET AL | : |

## RULING ON PENDING MOTIONS

Defendants' Motion to Dismiss dated June 3, 2003 **[Doc. #43]** is **DENIED as MOOT**. The Court will address defendants' arguments submitted in their findings of fact and conclusions of law. Plaintiff's Motion in Limine **[Doc. #60]** is **DENIED as MOOT**. A bench ruling will follow.

SO ORDERED this 17th day of March 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE