UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KENNETH POWELL

    v.                                          3:00CV1638 (HBF)

CAPT. JOHN CUSIMANO,
LT. EDWARD LINARES,
C.O. DONALD FIGIELA,
C.O. EDWARD HELLER,
C.O. BRIAN SIWICKI,
C.O. FRED DEROTA,
C.O. SCOTT PETERSON,
IRENE CARLON

## J U D G M E N T

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, after a bench trial. A Consent to Proceed Before a U.S. Magistrate was entered on August 1 and 6, 2001.

The Court filed its Bench Ruling on July 26, 2004, finding in favor of the defendants on all counts of the complaint.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of July 2004.

KEVIN F. ROWE, Clerk

By    /s/                
        Deputy Clerk

Entered on Docket _____