FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 23 P 12: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Kenneth P. Powell
v.
J. Armstrong et...

CIVIL CASE NO. 00CV1638 (HBF)

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Kenneth Jonel Powell__ hereby gives notice and
   (appealing party)

appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):

_____

_____

2. The Judgment /Order in this action was entered on __July 30th 2004__
                                                         (date)

_____
Signature

Kenneth Jonel Powell
Print Name

1150 Pembroke St. #24

Bpt, CT. 06608
Address

Date: 8-23-04

203 685-8264
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).