D. Conn.
00-cv-1638
Fitzsimmons, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 23rd day of September, Two Thousand Five,

Present:
    Hon. Richard J. Cardamone,
    Hon. Rosemary S. Pooler,
    Hon. Reena Raggi,
        *Circuit Judges.*



Kenneth Powell,

        Plaintiff-Appellant,

v.                                       04-4680-pr

John J. Armstrong, *et al.*,

        Defendants,

John Cusimano, *et al.*,

        Defendants-Appellees.

Appellant, *pro se*, moves for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motion is denied and the appeal is dismissed because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

SAO-MZK

Issued as Mandate: NOV 2 2 2005